IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL FLORES, | ) | No. C 15-3874 JSW (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| SUPERIOR COURT, | ) | |
| Respondent. | ) | |
| _____ | ) | |

     This case was opened on August 25, 2015, when Petitioner, a California prisoner, filed a notice that he had exhausted claims in the California Supreme Court. On the same day, the Clerk notified Petitioner that he had neither paid the filing fee nor filed the Court's application to proceed in forma pauperis ("IFP"). The Clerk also notified Petitioner that in order to proceed, he would need to file a habeas petition. He was provided the relevant forms, instructions, and a stamped return envelope, and informed that the case would be dismissed if he did not comply with the deficiency notices within 28 days. He paid the filing fee but has not filed a habeas petition. Accordingly, this case is DISMISSED without prejudice.

     The Clerk shall enter judgment and close the file.

     IT IS SO ORDERED.

DATED: November 23, 2015

_____
JEFFREY S. WHITE
United States District Judge