1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
ANGEL FLORES,                    )    No. C 15-3874 JSW (PR)
10                                 )
              Petitioner,          )    **ORDER**
11                                 )
v.                               )
12                                 )
                                 )
13  SUPERIOR COURT,                )
                                 )
14            Respondent.          )
_____ )
15
16         This case was opened on August 25, 2015, when Petitioner, a California prisoner,

17  filed a notice that he had exhausted claims in the California Supreme Court.  Petitioner

18  was notified that same day that in order to proceed with his claims he would need to file

19  a habeas petition.  He was provided the relevant forms, instructions, and a stamped return

20  envelope, and informed that the case would be dismissed if he did not file a petition

21  within 28 days.  After nearly three months, he had not filed a habeas petition, and the

22  case was accordingly dismissed without prejudice on November 23, 2015.

23         The Court has since received correspondence from Petitioner explaining his

24  efforts to complete an in forma pauperis ("IFP") application.  Petitioner paid the filing

25  fee, however, which made an IFP application unnecessary.  It is clear from his

26  correspondence, however, that Petitioner wishes to pursue a habeas petition.  To do so,

27  he file a habeas petition with the Court in a new case, preferably using the Court's form

28  for habeas petitions.  The instant case is closed and he may no longer pursue his claims

1  or file a habeas petition in this case.  The Clerk shall mail Petitioner a copy of the

2  Court's form habeas petition along with this order.

3           IT IS SO ORDERED.

4  DATED: January 28, 2016

5  _____
   JEFFREY S. WHITE
   United States District Judge